In the Matter of the Accounting of Louis A. Wagner, as Executor of Frelove E. O'Brien, Deceased, Appellant. Emily M. C. Wood, Respondent.

*Matter of Wagner*, 115 App. Div. 900, affirmed.
(Argued February 19, 1907; decided March 5, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1906, which affirmed a decree of the New York County Surrogate's Court disallowing certain items in the accounts of the executor herein.

*Fred. W. Hinrichs* for appellant.

*Henry H. Man* for respondent.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Vann, Werner and Chase, JJ.

---

The People of the State of New York ex rel. Alban Gleitsman, Appellant, *v.* Edson Lewis, as Police Commissioner of the City of Mount Vernon, Respondent.

*People ex rel. Gleitsman* v. *Lewis*, 112 App. Div. 889, affirmed.
(Submitted February 19, 1907; decided March 5, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1906, which affirmed a determination of the defendant in removing the relator from the police force of the city of Mount Vernon.

*Sydney A. Syme* for appellant.

*David Swits* for respondent.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Werner and Chase, JJ. Dissenting: Edward T. Bartlett and Vann, JJ.